IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Freemon, Karen | Case Number: 07 B 09607 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 5/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: September 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,033.76 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 974.68 |
| Trustee Fee: | | 59.08 |
| Other Funds: | | 0.00 |
| Totals: | 1,033.76 | 1,033.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 974.68 |
| 2. | Midland Credit Management | Unsecured | 14.51 | 0.00 |
| 3. | Jefferson Capital | Unsecured | 36.53 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 241.00 | 0.00 |
| 5. | West Side Emergency Physicians | Unsecured | 76.60 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 14.65 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 19.33 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | I C Systems Inc | Unsecured | | No Claim Filed |
| 10. | H&F Law | Unsecured | | No Claim Filed |
| 11. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 12. | JWK Capital Solutions Inc | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Park Dansan | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Midland Credit Management | Unsecured | | No Claim Filed |
| 17. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| | | | $ 3,886.62 | $ 974.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 39.88 |
| 6.5% | 19.20 |
| | $ 59.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Freemon, Karen | Case Number:  07 B 09607 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  5/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                     Marilyn O. Marshall, Trustee, by:

*/s/ Mach*